ATTORNEY GENERAL *v.* MICHIGAN INDEPENDENT TELE-
PHONE & TRAFFIC ASSOCIATION.

This case is controlled by *Attorney General* v. *Michigan
State Telephone Co., ante,* 372.

Appeal from Ingham; Wiest, J. Submitted April
16, 1919. (Docket No. 52.) Decided June 13, 1919.

Bill by Alex. J. Groesbeck, attorney general, against
the Michigan Independent Telephone & Traffic Asso-
ciation and another to restrain a proposed increase
in rates. From a decree for plaintiff, defendants ap-
peal. Reversed, and bill dismissed.

*Alex. J. Groesbeck,* Attorney General, *Leland W.
Carr* and *Thomas G. Baillie,* Assistants Attorney Gen-
eral, for plaintiff.

*Charles M. Bracelen* and *William A. Bahlke,* for
defendants.

MOORE, J. Alexander J. Groesbeck, attorney gen-
eral, in behalf of the State of Michigan, filed his peti-
tion in the circuit court for the county of Ingham, to
enjoin the Michigan Independent Telephone & Traffic
Association of Grand Rapids, and Charles E. Tarte,
alleged to be its general manager, from charging tele-
phone rates as fixed by the postmaster general. From
a decree granting the injunction the case is brought
here by appeal.

The opinion recently handed down by this court in
*Attorney General* v. *Michigan State Telephone Co.,
ante,* 372, is controlling here. It is not necessary to
repeat what was there said.

The decree of the court below is reversed and the bill of complaint is dismissed, but without costs to either party.

BIRD, C. J., and STEERE, BROOKE, FELLOWS, STONE, and KUHN, JJ., concurred. OSTRANDER, J., did not sit.